# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH WILLIAM CARDENAS,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 69888

FILED

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our initial review of this appeal revealed a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Accordingly, on March 21, 2016, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

To date, appellant's counsel has not responded to the show-cause order. Nevertheless, having reviewed the documents filed with the

16-14748

notice of appeal, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Douglas

_____ , J.
Cherry

_____ , J.
Gibbons

cc: Hon. Kimberly A. Wanker, District Judge
The Law Firm of Nathan L. Gent, PLLC
Kenneth William Cardenas
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk